**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

EROTIC SERVICE PROVIDER LEGAL EDUCATION AND RESEARCH PROJECT; K.L.E.S.; C.V.; J.B.,
*Plaintiffs-Appellants*,

v.

GEORGE GASCON, in his official capacity as District Attorney for the City and County of San Francisco; EDWARD S. BERBERIAN, JR., in his official capacity as District Attorney of the County of Marin; NANCY E. O'MALLEY, in her official capacity as District Attorney for the County of Alameda; JILL RAVITCH, in her official capacity as District Attorney of the County of Sonoma; XAVIER BECERRA,[*] Attorney General, in her official capacity as Attorney General of the State of California,
*Defendants-Appellees.*

No. 16-15927

D.C. No. 4:15-cv-01007-JSW

ORDER

---

[*] Xavier Becerra is substituted for his predecessor, Kamala Harris. Fed. R. App. P. 43(c)(2).

Filed February 2, 2018

Before:  Consuelo M. Callahan and Carlos T. Bea, Circuit
Judges, and Jane A. Restani,** Judge.

**ORDER**

This order amends the opinion filed for this case on January 17, 2018.  The last sentence of the second full paragraph on page 17 of the slip opinion currently reads: "For commercial speech to receive First Amendment protection, however, it must: (1) concern lawful activity and not be misleading; (2) serve a substantial government interest; (3) directly advance the governmental interest asserted; and (4) be narrowly tailored. *Id*. at 566." That sentence is now replaced with: "For commercial speech to receive First Amendment protection (1) the speech must concern lawful activity and not be misleading; (2) the challenged restriction must serve a substantial government interest; (3) the restriction must directly advance the governmental interest asserted; and (4) the restriction must be narrowly tailored. *Id*. at 566."

---

** The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.